**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**UNIVERSAL MORTGAGE
CORPORATION,**
    **Plaintiff,**

  v.                Case No. 10C0706

**LARRY D. LARKIN and
KINNEY L. MCGRAW,**
    **Defendants.**

---

## ORDER

  Plaintiff alleges that defendants personally guaranteed the payment of all debts due and owing from a loan repurchasing agreement between plaintiff and Palace Funding Corporation. Plaintiff brought suit to collect against defendants, but they failed to answer the complaint. The clerk has entered their default and plaintiff now moves for default judgment. In considering plaintiff's motion, I take as true all of its well-pleaded allegations. Black v. Lane, 22 F.3d 1395, 1399 (7th Cir.1994). Place Funding Corporation is indebted to plaintiff in a total amount of $258,159.80. Pursuant to their personal guaranty, defendants are jointly and severally liable in that amount. Therefore,

**IT IS ORDERED** that plaintiff's motion for default judgment is **GRANTED**.

Defendants are jointly and severally liable in the amount of $258,159.80.

Dated at Milwaukee, Wisconsin this 31st day of January 2011.

/s_____
LYNN ADELMAN
District Judge